IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-853-PSF-MJW

CONSUMER CRUSADE, INC.,

    Plaintiff,

v.

FAIRON AND ASSOCIATES, INC., a California corporation;
PATRICK FAIRON, and its officers and directors,

    Defendants.

## ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO MOTION TO DISMISS

On May 6, 2005, defendant filed its motion to dismiss this case. On May 26, 2005, plaintiff timely filed its opposition to the motion to dismiss. On June 3, 2005, defendant filed a reply brief in support of its motion to dismiss. Each of the above filings are contemplated by D.C.COLO.L.Civ.R 7.1 and were timely filed in accordance with that rule.

On June 17, 2005, however, plaintiff filed with the Clerk of the Court a "Response to Defendant's Reply to Motion to Dismiss." No such filing is provided for by the local rules or the Federal Rules of Civil Procedure. Moreover, although plaintiff asserts such a filing is necessary because defendant included two arguments in the reply brief which were not originally included in the motion to dismiss, plaintiff did not request leave to file such a brief.

Accordingly, the Plaintiff's Response to Defendant's Reply to Motion to Dismiss is stricken.

DATED: June 21, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge